FILED BY_____MEE_____D.C.

**Jun 22, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 26-mj-8473-RMM

**IN RE SEALED COMPLAINT**

_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?_No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

5. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

JASON REDING QUIÑONES
UNITED STATES ATTORNEY

By: _____
SUZANNE HUYLER
Assistant United States Attorney
Court No. A5503350
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Tel: (561) 209-1013
Suzanne.Huyler@usdoj.gov

AO 91 (Rev 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Sarne Barfield and<br>Carlos Dennard,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  26-mj-8473-RMM

FILED BY_____ *MEE* ___D.C.

**Jun 22, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____5/8/2026 through 6/9/2026____ in the county of ____Palm Beach____ in the ____Southern____ District of ____Florida____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(b)(1)(B) and 846 | Conspiracy to distribute 280 grams of crack cocaine |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Mark Finnamore, ATF SA
_____
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: _____06/22/2026_____

_____
*Judge's signature*

City and state: _____West Palm Beach, FL_____

Hon. Ryon M. McCabe, U.S. Magistrate Judge
_____
*Printed name and title*

### AFFIDAVIT

I, Mark Finnamore, first being duly sworn, do hereby depose and state as follows:

1.     I, Mark Finnamore, am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have served in that capacity since December 2017. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. In my capacity as an ATF Special Agent, I have received specialized training and experience in the investigation of federal firearms offenses.

2.     This affidavit is submitted in support of an Application for a Criminal Complaint and an Arrest Warrant (s) for **Sarne Barfield (hereinafter "BARFIELD")** and **Carlos Dennard (hereinafter "DENNARD")** for conspiring to distribute a controlled substance, to wit: two hundred eighty grams or more (280) grams or more of crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, §841(b)(1)(B) and Title 21, United States Code, §846.

3.     Prior to my employment as a Special Agent with ATF, I attended the Federal Law Enforcement Training Center for the Criminal Investigator Training Program as well as Special Agent Basic Training with ATF, where I received extensive training in arson, explosives, firearms, and narcotics related investigations. In my capacity as an ATF Special Agent, I have received specialized training and experience in the investigation of federal firearms and narcotics offenses. Additionally, as an ATF Special Agent I have personally participated in the execution of at least 50 search warrants involving the possession and sale of firearms. I have personally participated in the arrests of over 100 individuals for illegal possession and sales of firearms. I have interviewed at least 75 individuals who were involved with possession of firearms by prohibited persons. I have personally participated in over 200 controlled purchases of firearms from

prohibited persons either as a case agent or undercover agent. I am a law enforcement officer of the United States, and I am empowered to conduct investigations, execute warrants, and make arrests for offenses against the United States enumerated in, but not limited to, Titles 18 and 21 of the United States Code.

4.     The following facts are based upon information relayed to me by other members of law enforcement, information obtained from expert reports, documents, and information derived from law enforcement sources and databases. This affidavit is submitted for the limited purpose of establishing probable cause and does not include every detail known to me about the investigation.

## PROBABLE CAUSE

### Controlled Purchase of approximately 62.2 Grams of Crack Cocaine – May 8, 2026

5.     On or about May 7, 2026, at the direction of law enforcement, a documented ATF Confidential Informant that has been deemed credible ("CI"), exchanged communications with SARNE to arrange the purchase of crack cocaine.

6.     On May 8, 2026, a Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent, acting in an undercover (UC) capacity, accompanied by Confidential Informant (CI), hereinafter referred to as CI, equipped with audio/video recording equipment and ATF Investigative Funds met with BARFIELD to conduct a narcotics transaction.

7.     At approximately 1356 hours, The UC and CI travelled to the Mobil gas station located at 8000 Belvedere Rd., West Palm Beach, Florida in an undercover vehicle (UCV). It should be noted that BARFIELD requested the UC meet at this location. At approximately 1400 hours, the UC and CI arrived at the target location. Upon arrival, the UC observed BARFIELD's gray Honda sedan parked at pump number 8. BARFIELD acknowledged the UC and advised the

2

UC to park while she finished pumping gas. The UC then parked the UCV in a parking space located next door to the gas station.

8.     A short time later, BARFIELD arrived in the parking lot and parked next to the UCV. BARFIELD then exited her vehicle and entered the rear passenger seat of the UCV. Once inside, BARFIELD handed the UC a blue terry cloth that contained a scale and a plastic bag with the suspected two (2) ounces of crack cocaine. The UC removed the crack cocaine from the cloth and confirmed the weight using BARFIELD's scale. The UC observed the raw weight including packaging to be 61.7 grams. The UC then handed BARFIELD $1500.00 in ATF investigative funds for the crack cocaine. BARFIELD counted the money to confirm the amount was correct. Prior to leaving, the UC asked BARFIELD if her source could provide more crack cocaine next week. BARFIELD responded to the affirmative and advised the UC to call her when more (crack cocaine) was needed. BARFIELD then exited the UCV and returned to her Honda sedan. The UC and CI exited the area and returned to a predetermined meeting location.

9.     Surveillance units maintained a visual on BARFIELD at the conclusion of the deal. At approximately 1407 hours, BARFIELD heads north on Benoist Farms Rd and turns right into the parking lot north of the apartments located at 1080 Benoist Farms Rd, West Palm Beach, FL 33411. BARFIELD is seen meeting with an unknown black male wearing a white t-shirt standing outside of a black Ram 1500 crew cab pickup truck. The black Ram is seen parked next to a white Nissan Pathfinder; both vehicles were backed into the parking spots. BARFIELD and the unknown black male walk towards the bushes towards the neighboring community, Colony Park Apartments, located at 8205 Belvedere Rd. Shortly after, BARFIELD and the black male returned to their vehicles. At approximately 1412 hours, BARFIELD enters the Honda Civic and departs the location, heading west on Belvedere Rd.

3

10.     Following the transaction the crack cocaine was weighed and showed to have a gross weight of approximately 62.2 grams and field tested positive for the presence of cocaine. The narcotics and the audio video recording were placed into evidence.

**Controlled Purchase of approximately 65 Grams of Crack Cocaine – May 12, 2026**

11.     On May 12, 2026, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA), acting in an undercover (UC) capacity, accompanied by Confidential Informant (CI), hereinafter referred to as CI, met with BARFIELD to conduct a narcotics transaction. The transaction was arranged through a series of phone calls and text messages between CI and BARFIELD.

12.     The UC travelled to the Mobil gas station located at 8000 Belvedere Rd., West Palm Beach, Florida. At approximately 1659 hours, the UC arrived at the target location and observed BARFIELD's gray Honda sedan parked at pump #8. The UC contacted BARFIELD and BARFIELD requested the UC get in her vehicle. The UC exited the UCV and entered the front passenger seat of BARFIELD's vehicle. Once inside, BARFIELD handed the UC a white skull cap which contained a plastic bag with the suspected crack cocaine. The UC exited the vehicle momentarily to retrieve a scale from the UCV. The UC returned to BARFIELD's vehicle and weighed the crack cocaine to confirm the amount was two (2) ounces. The UC then handed BARFIELD $1700.00 in ATF investigative funds for the crack cocaine.

13.     Prior to leaving, BARFIELD showed the UC text messages she received from her ecstasy pill source. According to BARFIELD, the source was willing to sell the UC ecstasy pills for $3.50 per pill. The UC requested a 100-pill sample which BARFIELD agreed to arrange. BARFIELD stated the source will travel from Belle Glade, Florida to conduct the deal. The UC advised they would be ready to purchase the pills on Thursday or Friday of the current week. The

4

UC then returned to the UCV and exited the area. The UC returned to the predetermined meeting location.

14.     At the conclusion of the transaction surveillance units maintained a visual on BARFIELD.  At approximately 1707 hours BARFIELD's vehicle pulled into St. Andrews, 1080 N. Benoist Farms, West Palm Beach, FL and parked next to the driver's side of a Blue Dodge Ram.

15.     The crack cocaine had a gross weight of approximately 65 grams and field tested positive for the  presence of cocaine.  The narcotics and the audio video recording were placed into evidence.

**Controlled Purchase of approximately 168.2 Grams of Crack Cocaine – May 19, 2026**

16.     On May 19, 2026, the UC contacted BARFIELD via text message and arranged to purchase six (6) ounces of crack cocaine. BARFIELD stated her source of supply wanted $600.00 per ounce. The UC agreed to the price and arranged to meet BARFIELD at noon to conduct the transaction. The UC and BARFIELD agreed to meet at the Mobil gas station located at 8000 Belvedere Rd.

17.     On this same date at approximately 1208 hours, The UC  travelled to the Mobil gas station located at 8000 Belvedere Rd., West Palm Beach, Florida. It should be noted that the UC had contact with BARFIELD prior to arriving. BARFIELD claimed her source was ten minutes away. BARFIELD also claimed she was already in the area. At approximately 1214 hours the UC arrived at the target location. The UC then repositioned the UCV to a parking lot adjacent to the gas station. A short time later, BARFIELD arrived operating a gray Honda sedan. BARFIELD exited her vehicle and entered the front passenger seat of the UCV.

18.     Once inside, BARFIELD handed the UC a small blue cloth which contained a plastic bag with the suspected six ounces of crack cocaine. The UC removed the plastic bag from

the cloth and weighed the suspected crack cocaine on a digital scale to confirm the weight. The UC observed that the crack cocaine weighed approximately 167.9 grams. The UC then handed BARFIELD $3600.00 in ATF investigative funds for the crack cocaine. Additionally, the UC paid BARFIELD $200.00 in ATF investigative funds for brokering the deal. The UC advised BARFIELD they would need more crack cocaine soon and would need more weight. BARFIELD had no reservations and exited the UCV. The UC then exited the area and headed to the predetermined meeting location.

19.    At approximately 1241 hours, BARFIELD contacted the UC via cell phone. BARFIELD stated the money that the UC paid was short. BARFIELD stated her source wanted $700.00 per ounce instead of the agreed upon $600.00 per ounce she quoted the UC earlier. The UC could hear an unknown male in the background during the call. The UC heard the unknown male say, "I took fiddy off. 7x6 is 42". It should be noted that the UC paid BARFIELD $3600.00 for the six ounces of crack cocaine at $600.00 per ounce. The UC agreed to return and pay the $600.00 to cover the shortage to BARFIELD's source.

20.    At approximately 1250 hours the UC travelled back to the Mobil gas station located at 8000 Belvedere Rd. Upon arrival, the UC called BARFIELD to advise they had arrived. A short time later, BARFIELD arrived at the target location. BARFIELD exited her vehicle and approached the driver's window of the UCV. The UC then handed BARFIELD $600.00 in ATF investigative funds. Prior to leaving, the UC requested that BARFIELD call her source. BARFIELD retrieved her cell phone and called a number listed in her phone as "Losoooo". The UC spoke briefly with the source and advised him that the shortage was a miscommunication. The source agreed and stated, "you straight". The UC then left the area and returned to the predetermined meeting location.

6

21.     On this day at approximately 1130 hours, surveillance was maintained throughout the duration of the deal and after in and around the Mobil gas station, 8000 Belvedere Rd. West Palm Beach, FL 33411 and 1080 N Benoist Farms Rd. West Palm Beach, FL 33411.

22.     At approximately 1205 hours, surveillance units observed BARFIELD arrive at 1080 N Benoist Farms Rd, West Palm Beach, FL 33411 driving a dark gray Honda Civic bearing Florida License Plate: 19FPDS and park on the north side of the parking lot. (registered to Sarne BARFIELD)

23.     At approximately 1214 hours, ATF UC arrived at the target location, 8000 Belvedere Rd. West Palm Beach, FL 33411 and parked on the west side of the adjacent parking lot to the Mobil gas station.

24.     At approximately 1221 hours, surveillance units observed a black Dodge Ram pickup truck unknown license plate arrive at 1080 N Benoist Farms Rd, West Palm Beach, FL 33411 and park near BARFIELD's gray Honda Civic. Shortly after, BARFIELD exited the Honda and the unknown black male exited the driver seat of the black Dodge Ram. BARFIELD and the black male stood behind the rear of the truck and began talking.

25.     At approximately 1229 hours, surveillance units observed a blue Dodge Ram pickup truck bearing Florida license plate: 41EKFT arrive at 1080 N Benoist Farms Rd, West Palm Beach, FL 33411. The blue Dodge Ram pulled into the north side of the parking lot and parked next to BARFIELD's Honda Civic and the black Dodge Ram pickup truck. Surveillance units observed BARFIELD enter the front passenger seat of the blue Dodge Ram.

26.     At approximately 1231 hours, BARFIELD exited the blue Dodge ram and entered the driver seat of the gray Honda Civic. Shortly after, BARFIELD exited the parking lot of 1080 N Benoist Farms Rd, West Palm Beach, FL 33411.

7

27. At approximately 1233 hours, BARFIELD arrived at the Mobil gas station, 8000 Belvedere Rd. West Palm Beach, FL 33411 and parked next to the UC in the adjacent lot on the west side of the Mobil gas station. Surveillance units observed BARFIELD exit the gray Honda Civic and enter the undercover vehicle (UCV). At approximately 1235 hours, BARFIELD exited the UCV and enters the driver seat of the gray Honda Civic.

28. At approximately 1237 hours, surveillance units observed BARFIELD arrive back at 1080 N Benoist Farms Rd, West Palm Beach, FL 33411 and return to the north side of the parking lot. After arriving in the parking lot, an unknown black male wearing a blue shirt exited the blue Dodge Ram pickup truck and entered the front passenger seat of BARFIELD's gray Honda.

29. At approximately 1244 hours, BARFIELD and unknown black male wearing blue shirt exit BARFIELD's Honda and stand at the back of the black Dodge Ram

30. It should be noted that due to a misunderstanding between ATF UC 5342 and BARFIELD regarding the price of the narcotics, surveillance units continued surveilling BARFIELD.

31. At approximately 1256 hours, the UC arrived back at the Mobil gas station, 8000 Belvedere Rd. West Palm Beach, FL 33411. At approximately 1258 hours, BARFIELD departed the north side parking lot at 1080 N Benoist Farms Rd, West Palm Beach, FL 33411. At approximately 1259 hours, surveillance units observed BARFIELD approach the driver's side window of the UCV.

32. At approximately 1300 hours, Surveillance units observed the unknown black male wearing a blue shirt talking on the phone in the north side parking lot at 1080 N Benoist Farms Rd, West Palm Beach, FL 33411. Shortly after, at approximately 1303 hours, BARFIELD returned

8

to the north side parking lot at 1080 N Benoist Farms Rd, West Palm Beach, FL 33411, met with the unknown black male wearing a blue shirt, and departed the area.

33. Following the conclusion of this operation, law enforcement database queries were performed regarding the blue Dodge Ram Florida license plate: 41EKFT. Through these query results, a positive identification of the unknown black male driver wearing a blue shirt was shown to be Carlos DENNARD (B/M 7/24/1970).

### Controlled Purchase of approximately 35 grams of suspected Ecstasy (100 pills)-May 20, 2026

34. On May 19, 2026, BARFIELD contacted the UC via text message. BARFIELD texted the UC, "Got them things". The UC knew this to mean BARFIELD met with her source to obtain ecstasy pills. BARFIELD had mentioned on previous transactions that she had a source in Belle Glade, Florida, but was having a hard time contacting him. BARFIELD claimed she met the source halfway to make the transaction. BARFIELD stated the pills were $3.50 apiece.

35. On May 20, 2026, at approximately 1112 the UC travelled to the Mobil gas station located at 8000 Belvedere Rd., West Palm Beach, Florida. At approximately 1116 hours, the UC arrived at the target location and observed BARFIELD's gray Honda sedan parked at pump #8. The UC also observed an unknown individual in the front passenger seat of the vehicle. BARFIELD exited her vehicle and entered the front passenger seat of the undercover vehicle (UCV). Once inside, BARFIELD removed a clear plastic bag from her purse and handed the bag to the UC. The UC observed green colored pills inside which were believed to be suspected ecstasy. BARFIELD confirmed the pills were ecstasy and that there were 100 pills inside of the bag. The UC then handed BARFIELD $360.00 in ATF investigative funds for the ecstasy pills. It should be noted that the UC could not make change and advised BARFIELD to keep the $10.00. Prior to leaving, BARFIELD claimed she was going to obtain a sample of "C-Class". BARFIELD

9

stated "c-class" sells for $20.00 per pill and is better than the ecstasy. BARFIELD then exited the UCV and returned to her vehicle. The UC left the area and returned to the predetermined meeting location.

36.     Upon the conclusion of the deal, the suspected ecstasy was weighed.  The narcotics weighed approximately 35.1 grams (100 pills), including packaging. A field test performed on suspected ecstasy pills yielded a positive result for the presumptive presence of MDMA. The ecstasy was entered into ATF West Palm Beach evidence vault.

**Controlled Purchase of approximately 140.4 Grams of Crack Cocaine – June 8, 2026**

37.     On June 8, 2026, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent, acting in an undercover capacity UC, met with Sarne BARFIELD, hereafter referred to as BARFIELD, to purchase four (4) ounces of crack cocaine. This was a prearranged meeting for BARFIELD to provide the UC with the aforementioned quantity of crack cocaine. This meeting was arranged by the UC through the use of cellular communication with BARFIELD on cellular number 561-633-5733. This transaction occurred at 8000 Belvedere Rd., West Palm Beach, Florida in the Southern District of Florida.

38.     On June 8, 2026, the UC contacted BARFIELD via cell phone and requested to purchase four (4) ounces of crack cocaine. BARFIELD stated he needed to contact her source of supply and would let the UC know when it was confirmed. A short time later, BARFIELD advised the UC that the source would have the crack cocaine ready at 1:00pm. The UC and BARFIELD agreed to meet at the Mobil gas station located at 8000 Belvedere Rd., West Palm Beach, Florida. During the conversation, BARFIELD also advised he had a source who could supply the UC with "Ice", street slang for methamphetamine. BARFIELD claimed the source wanted $400.00 per ounce.

10

39.     At approximately 1321 hours, the UC travelled to the Mobil gas station located at 8000 Belvedere Rd., West Palm Beach, Florida. At approximately 1328 hours, the UC arrived at the target location. The UC did not see BARFIELD's vehicle in the parking lot and repositioned the undercover vehicle (UCV) to a parking space in an adjacent parking lot. A short time later, BARFIELD contacted the UC and advised she was waiting on the source of supply to arrive. At approximately 1344 hours, BARFIELD arrived at the target location. BARFIELD then instructed the UC to follow her to another location. The UC agreed and followed BARFIELD to the Belvedere Business Park located next door to the Mobil gas station. BARFIELD exited her vehicle and entered the front passenger seat of the UCV. BARFIELD stated she moved because she didn't like to keep meeting in the same locations.

40.     Continuing, BARFIELD then removes a gray towel from her purse and handed it to the UC. The UC observed the suspected crack cocaine inside of the towel. BARFIELD stated her source added ten (10) extra grams. The UC then weighed the crack cocaine to confirm the weight and handed BARFIELD $2800.00 in ATF investigative funds. It should be noted that the UC also provided BARFIELD $200.00 in ATF investigative funds as a broker fee.

41.     Prior to leaving, the UC asked BARFIELD if her source could provide one (1) extra ounce. BARFIELD made a call to her source and the source confirmed he could. BARFIELD stated she would go meet her source and obtain the additional ounce of crack. After a brief conversation, BARFIELD exited the UCV and returned to her vehicle. The UC then repositioned to the Mobil gas station located at 8000 Belvedere Rd. to wait for BARFIELD to return.

42.     At approximately 1403 hours, the UC arrived at the Mobil gas station. A short time later, BARFIELD arrived and parked her vehicle next to the UCV. BARFIELD entered the front passenger seat and handed the UC a plastic bag containing the suspected crack cocaine. The UC

11

weighed the crack and noticed the weight was short. BARFIELD advised her source only had a ½ ounce and the price was $400.00. The UC then handed BARFIELD $400.00 in ATF investigative funds for the crack and an additional $100.00 for broking the transaction. BARFIELD exited the UCV and returned to her vehicle. The UC then left the area and returned to the predetermined briefing location. The UC terminated all electronic surveillance equipment at approximately 1418 hours.

43.     Upon the conclusion of the deal, the suspected crack cocaine was weighed. The narcotics weighed approximately 140.4 grams, including packaging. A field test performed on suspected crack cocaine yielded a positive result for the presumptive presence of cocaine base. The suspected crack cocaine was entered into ATF West Palm Beach evidence vault.

## Surveillance of Transaction on June 8, 2026

44.     Members of the West Palm Beach Enhanced Enforcement Initiative (EEI) conducted surveillance of this transaction.  Special agents set up surveillance at 8000 Belvedere Road, West Palm Beach, FL 33411and 1080 Benoist Road, West Palm Beach, FL 33411.

45.     At approximately 1337 hours, surveillance units observed BARFIELD in the previously identified gray Honda civic bearing Florida license plate #19FPDS, arrive at the apartments located at 1080 Benoist Farms Rd and park in the northern lot. At approximately 1342 hours, surveillance units observed Carlos DENNARD in the previously identified blue Dodge Ram bearing Florida license plate #41EKFT, arrive at the apartments and park in the northern lot near BARFIELD. Shortly after, surveillance units observed BARFIELD, wearing a black and white sports bra and leggings, and DENNARD, wearing a white long-sleeved collared shirt, exiting their vehicles. Surveillance units observed DENNARD hand a gray package to BARFIELD, who then returns to her vehicle and exits the parking lot, heading south on Benoist Farms Road.

12

46.     At approximately 1346 hours, BARFIELD arrives at 8000 Belvedere Rd and the UCV and BARFIELD reposition their vehicles to the business park behind the gas station. BARFIELD then entered the passenger seat of the UCV with the gray package in hand. 6. At approximately 1355 hours, surveillance units observed DENNARD exit the apartment complex at 1080 Benoist Farms Rd in the blue Dodge Ram and head south.

47.     At approximately 1402 hours, BARFIELD exits the UCV and departs the location in the gray Honda Civic. Shortly after, surveillance units observed BARFIELD enter the apartment complex at 1080 Benoist Farms Rd and park in the northern lot.

48.     At approximately 1412 hours, DENNARD arrives back at 1080 Benoist Farms Rd in the blue Dodge Ram and parks in the northern lot next to BARFIELD. Surveillance units observed BARFIELD exit her vehicle and enter the passenger side of the blue Dodge Ram. Shortly after, BARFIELD exits the blue Dodge Ram, enters her Honda Civic and departs the parking lot.

49.     At approximately 1415 hours, BARFIELD arrives back at 8000 Belvedere Rd and reenters the passenger seat of the UCV. At approximately 1417 hours, BARFIELD exits the UCV and departs the location. The UC departs the location in the UCV.

50.     At approximately 1423 hours, surveillance units observed BARFIELD arrive back at 1080 Benoist Farms Rd and park near the blue Dodge Ram. DENNARD and BARFIELD exit their vehicles and engage in conversation. Shortly after, surveillance was terminated.

### Conclusion

51.     Based on the foregoing facts, I respectfully submit that there is probable cause to believe that Sarne BARFIELD ("BARFIELD") and Carlos DENNARD ("DENNARD") did conspire to distribute a controlled substance, to wit: two hundred and eighty grams (280) grams or

13

more of crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, §841(b)(1)(B) and Title 21, United States Code, §846.

FURTHER YOUR AFFIANT SAITH NAUGHT

Respectfully Submitted,

Mark Finnamore
Special Agent, ATF

ATTESTED TO ME TELEPHONICALLY
(VIA FACETIME) BY THE APPLICANT
IN ACCORDANCE WITH THE REQUIREMENTS
OF FED. R. CRIM. P. 4.1 THIS ___22___
DAY OF JUNE, 2026.

RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE

14

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Sarne Barfield

**Case No**:   26-mj-8473-RMM

Count #: 1

Conspiracy to distribute 280 grams of crack cocaine

Title 21 U.S.C. § 841(a)(1), 841(b)(1)(B) and 846
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** 4 years to life
* **Max. Fine:** $5,000,000
* **Special Assessment:** $100

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: Carlos Dennard

**Case No**:  26-mj-8473-RMM

Count #: 1

Conspiracy to distribute 280 grams of crack cocaine

Title 21 U.S.C. § 841(a)(1), 841(b)(1)(B) and 846
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** 4 years to life
* **Max. Fine:** $5,000,000
* **Special Assessment:** $100

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**